IN THE COURT OF APPEALS OF TENNESSEE
AT KNOXVILLE

## KATHY GORDON v. BY-LO MARKETS, INC., DBA BY-LO #10

**Appeal from the Circuit Court for Grainger County**
**No. 8368-111        Rex Henry Ogle, Judge**

_____

**No. E2009-02436-COA-R3-CV - FILED OCTOBER 5, 2010**

_____


CHARLES D. SUSANO, JR., concurring.


I concur in the result reached by the majority opinion.


_____
CHARLES D. SUSANO, JR., JUDGE